UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

## CIVIL MINUTES - GENERAL

Case No.   CV 08-5684-VBF(FFMx)                    Date: October 7, 2008

Title:    ARMANDO DE SANTIAGO v. UNITED STATES POSTAL SERVICE

=======================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE

        Ellen Matheson                    None
        Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None present                          None present

PROCEEDINGS: (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY
             WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW
             CAUSE HEARING BEFORE THE CHIEF JUDGE

    On September 11, 2008, this Court issued an Order to Comply With Local
Rule 3-2, which requires that all manually filed civil initiating documents
be e-mailed in electronic form (PDF format only) within twenty-four hours
of the date the civil initiating documents are filed.  Counsel have failed
to comply with that Order of Court.

    IT IS HEREBY ORDERED that counsel appear in person before Chief Judge
Alicemarie H. Stotler, on **November 3, 2008, at 1:00 p.m.**, Courtroom 10A,
Ronald Reagan Federal Building and United States Courthouse, 411 West
Fourth Street, Santa Ana, California, to show cause why monetary sanctions
should not be imposed against counsel pursuant to Local Rule 83-7(a), for
failure to comply with Local Rule 3-2.

    A written response to this Order to Show Cause shall be filed no later
than October 23, 2008.  **Failure to do so will result in the matter
being submitted to the Court without hearing and be deemed consent to
the imposition of sanctions.**

    The Clerk shall serve this minute order on all parties/counsel in this
action.


cc: Judge Valerie Baker Fairbank


                                                ____ : _____
                              Initials of Deputy Clerk:   enm


_____